**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
856-910-5000

**BENJAMIN A. BLUME**
**COZEN O'CONNOR**
333 W. Wacker Drive, Suite 1900
Chicago, IL 60606
312-382-3100

Attorneys for Illinois Union Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD P. BOYKIN, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No:  11-CV-0326 |
| ) | |
| v. ) | Judge Stanley Chesler |
| ) | |
| ILLINOIS UNION INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a) the above captioned

parties hereby stipulate to dismiss the complaint in the above captioned matter, with prejudice.

Dated:

DUGHI & HEWIT

By: _____
Russell Lyle Hewit
340 North Avenue
Cranford, NJ  07016
(908) 272-0200

Attorneys for Plaintiffs, Edward P.
Boykin, Phyllis A. Boykin, Aziz S.
Hasan, Carol A. Hasan, Ronald K.
Walker and Jane C. Walker

COZEN O'CONNOR, PC

By: _____
Jerrold N. Poslusny, Jr.
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000

Attorneys for Defendant, Illinois Union
Insurance Company

CHERRY_HILL\661873\1 277686.000

SO ORDERED

STANLEY R. CHESLER, U.S.D.J.